IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANA PAULINE SINCLAIR,

    Petitioner,

  v.

SAN MATEO PUBLIC GUARDIAN,

    Respondent.
                               /

No. C 11-01578 CW (PR)

ORDER OF DISMISSAL

    The instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 was filed by William G. Sinclair on behalf of his daughter, Dana Sinclair, who is confined at the Opal Cliff Center in Santa Cruz, California, as a civil committee. The filing fee has been paid.

    According to the allegations in the petition and the information in the documents attached thereto, Dana Sinclair currently is a conservatee of San Mateo County and is civilly committed under the Lanterman-Petris-Short Act, which provides for the involuntary commitment of mentally disordered persons for evaluation and treatment. See Cal. Welf. & Inst. Code § 5000, et seq. The Act provides for a one-year conservatorship; Dana's conservatorship has been renewed five times. Dana's father maintains that after the last conservatorship expired on September 26, 2010, Dana was held unlawfully without notification until her subsequent conservatorship trial on October 28, 2010. He further maintains that Dana was treated without her consent beyond the thirty-day period allowed by the Act.

Dana's father seeks Dana's release based on the above alleged violations of the Act. According to the petition, however, relief on Dana's behalf has not yet been sought in State court. Individuals in State custody who wish to challenge in federal habeas proceedings either the fact or length of their confinement are first required to exhaust State judicial remedies by presenting the highest State court available with a fair opportunity to rule on the merits of each and every claim they seek to raise in federal court. See 28 U.S.C. § 2254(b),(c)); Rose v. Lundy, 455 U.S. 509, 515-16 (1982). If available State remedies have not been exhausted as to all claims, the district court must dismiss the petition. Id. at 510; Guizar v. Estelle, 843 F.2d 371, 372 (9th Cir. 1988). A dismissal solely for failure to exhaust is not a bar to returning to federal court after exhausting available State remedies. See Trimble v. City of Santa Rosa, 49 F.3d 583, 586 (9th Cir. 1995).

Because Dana's claims for relief have not been presented to any State court for review, the instant petition must be dismissed as unexhausted. This dismissal is without prejudice to a new federal habeas petition being filed on Dana's behalf after State remedies have been exhausted.

Accordingly, the petition is DISMISSED without prejudice. The Clerk of the Court shall enter judgment, close the file, and terminate any pending motions.

IT IS SO ORDERED.

Dated: 9/7/2011

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DANA PAUL SINCLAIR,

        Plaintiff,

  v.

SAN MATEO PUBLIC GUARDIAN et al,

        Defendant.

Case Number: CV11-01578 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 7, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dana Pauline Sinclair
Custody LPS
4795 Opal Cliff Center
Santa Cruz, CA 95062

William Sinclair
3884 Osprey Dr
Antioch, CA 94509

Dated: September 7, 2011

                                        Richard W. Wieking, Clerk
                                        By: Nikki Riley, Deputy Clerk